# KLEIN SLOWIK PLLC
ATTORNEYS AT LAW

90 BROAD STREET, SUITE 602 • NEW YORK, NY 10004
TELEPHONE: (212) 564-7560 • TELEFAX: (212) 564-7845

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2017

DANIEL J. SCHNEIDER, COUNSEL*
DSCHNEIDER@BUILDINGLAWNYC.COM

WRITER'S DIRECT NUMBER
(212) 564-7560 x. 111

September 18, 2017

*[handwritten: 10/2/2017 Request denied. 25 pages will have to do. So ordered. Paul A. Crotty USDJ]*

Via ECF
Hon. Paul A. Crotty, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Chambers 1350
New York, New York 10007

Re: Adam Wapniak, R.A. v. The City of New York, et al.; Case No. 17-cv-02799 (PAC)
    Motion for Leave to File Additional Pages
    Our File # 2886

Dear Judge Crotty:

We represent Adam Wapniak, R.A. ("Mr. Wapniak"), plaintiff in the above-referenced matter. This letter motion is for permission, pursuant to Rule # 3(G) of Your Honor's Individual Rules of Practice ("Your Honor's Rules"), to file additional pages in conjunction with our memorandum of law in opposition to the Defendants' motion to dismiss ("Defendants' Motion").

Mr. Wapniak's opposition to Defendants' Motion is currently due on October 6, 2017. This request is made because Defendants' Motion contains six (6) separate and distinct arguments, all of which require individual attention. While we recognize that the standard twenty-five (25) pages permitted in Your Honor's Rules is significant, we believe more space is required to fully address Defendants' arguments. Accordingly, we, on behalf of Mr. Wapniak, respectfully request that the Court grant an additional five (5) pages for Mr. Wapniak's

*Admitted in New York, California, Illinois
(inactive) and Massachusetts (inactive)